■ CHATEAU RIVE CORP., Appellant, v ENCLAVE DEVELOP-
MENT ASSOCIATES, Respondent. [725 NYS2d 215] —In an action,
*inter alia*, to compel specific performance of a covenant requir-
ing the defendant to construct a road across its property to
serve the plaintiff's property, the plaintiff appeals from an or-
der of the Supreme Court, Westchester County (Di Blasi, J.),
dated December 16, 1999, which granted the defendant's mo-
tion *in limine* to preclude the plaintiff from introducing at trial
evidence of damages for lost profits in connection with a
proposed restaurant, health club, and inn to be constructed on
the plaintiff's property.

Ordered that the appeal is dismissed, without costs or
disbursements.

The order appealed from is an evidentiary ruling. Such a rul-
ing, even when made "in advance of trial on motion papers
constitutes, at best, an advisory opinion which is neither ap-
pealable as of right nor by permission" (*Cotgreave v Public
Adm'r of Imperial County*, 91 AD2d 600, 601; *see, Savarese v
City of N. Y. Hous. Auth.*, 172 AD2d 506, 509; *Pellegrino v New
York City Tr. Auth.*, 141 AD2d 709). Friedmann, J. P., Florio,
McGinity and Luciano, JJ., concur.